Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Gina R. Klump, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 21-50901-MEH |
| PRINCESCA N. ENE, | Chapter 7 |
| Debtor. | **DECLARATION OF PATRICE DARISME IN SUPPORT OF MOTION TO SUBSTANTIVELY CONSOLIDATE NON-DEBTOR ENTITIES** <br> **1) NANO ALLOYS, INC. a California Corporation dba NiTi Tubes fka NiTi Tubes, Inc.;** <br> **2) CARDINAL CORDIS HEALTH, a Wyoming Corporation; AND** <br> **3) NiTi TUBE, LLC, a Wyoming limited liability company** |
| | Date: January 19, 2023 <br> Time: 1:30 p.m. <br> Place: In Person or Via Zoom <br> Courtroom 11 <br> 280 South First Street <br> San Jose, CA <br> Judge: Hon. M. Elaine Hammond |

I, Patrice Darisme, declare as follows:

1. I am the ex-spouse of Princesca Ene ("**Debtor**") and a creditor in the above-captioned bankruptcy case. If called upon to testify regarding the facts set forth herein, I could and would competently testify to those facts based upon my own personal knowledge, except for those matters based upon my belief, which I believe to be true.

DECLARATION OF PATRICE DARISME 1
28199323.2/521488.0002

2. I submit this declaration in support of the Trustee's above-captioned motion ("**Motion**") filed herewith.

3. I am informed and believe that NiTi Tube, LLC, a Wyoming limited liability company ("**NiTi WY**") has two (2) accounts (x2264, x6092) with Bank of America ("**BOA**") and these accounts are subject to the Injunction[1] (as defined in the Motion).

4. The Injunction prohibits Debtor from using funds in the NiTi WY BOA accounts x2264 and x6092 except as expressly set forth in paragraphs 4, 5, and 6 of the Injunction.

5. Paragraphs 4 and 5 of the Injunction require—before any funds are used—that Debtor provide me (as Petitioner) a statement of the amount requested to be paid and a copy of the invoice and provides me an opportunity to object to the requested use.

6. Paragraph 6 of the Injunction allows for payment of the BraunHagey & Bordon liability. I am informed and believe that this liability has not been paid.

7. I am informed and believe that post-Petition, Debtor withdrew at least $152,162.19 from the NiTi WY BOA accounts x2264 and x6092. I never received a statement of the amounts requested to be paid, nor did I receive copies of any invoices. Therefore, I am informed and believe that her use of funds in these accounts was in violation of the Injunction.

8. I have reached a settlement with Trustee with regard to numerous issues, including: my support of the Motion, the Appeal, and my claims, as reflected by that certain settlement agreement whose approval will be sought concurrently with the Motion.

9. Upon entry of an Order approving the Motion, to the extent necessary, I stipulate to relief from the Injunction to permit Trustee to withdraw the restrained account funds for distribution pursuant to further order of the Bankruptcy Court.

10. I consent to a stay in the case pending in the Superior Court State of California, County of Santa Clara as Case No. 18-CV-321769 (*Nano v. Darisme* and related cross-complaint), through and including the earlier of the date upon which an order for relief from stay is entered by the Bankruptcy Court allowing that matter to proceed or a final order is entered denying the

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

025278.0002\6668668.1

28199323.2/521488.0002

Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on December 12, 2022, at SAN-JOSE, California.

P C.N
PATRICE DARISME

025278.0002\66686668-1

28199323.2/521488.0002