Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928
Email:  mbostick@fennemorelaw.com
Email:  tgreen@fennemorelaw.com
Email:  llenherr@fennemorelaw.com

Attorneys for Gina R. Klump, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PRINCESCA N. ENE,<br><br>Debtor. | Case No. 21-50901-MEH<br><br>Chapter 7<br><br>**DECLARATION OF WILSON ENG IN SUPPORT OF MOTION TO SUBSTANTIVELY CONSOLIDATE NON-DEBTOR ENTITIES**<br>**1) NANO ALLOYS, INC. a California Corporation dba NiTi Tubes fka NiTi Tubes, Inc.;**<br>**2) CARDINAL CORDIS HEALTH, a Wyoming Corporation; AND**<br>**3) NiTi TUBE, LLC, a Wyoming limited liability company**<br><br>Date:      January 19, 2023<br>Time:     1:30 p.m.<br>Place:    In Person or Via Zoom<br>               Courtroom 11<br>               280 South First Street<br>               San Jose, CA<br>Judge:   Hon. M. Elaine Hammond |

I, Wilson Eng, declare as follows:

1.      I believe that I am a shareholder of Nano Alloys, Inc., a California Corporation.  If called upon to testify regarding the facts set forth herein, I could and would competently testify to those facts based upon my own personal knowledge, except for those matters based upon my belief, which I believe to be true.

DECLARATION OF WILSON ENG
28446649.3/521488.0002

Case: 21-50901    Doc# 163-3    Filed: 12/14/22    Entered: 12/14/22 08:40:31    Page 1 of 2

2. I submit this declaration in support of the Trustee's above-captioned motion ("Motion")[1] filed herewith.

3. I consent to the substantive consolidation of the Entities as described in the Motion.

4. I consent to a stay in the case pending in the Superior Court State of California, County of Santa Clara as Case No. 18-CV-321769 (*Nano v. Darisme* and related cross-complaint), through and including the earlier of the date upon which an order for relief from stay is entered by the Bankruptcy Court allowing that matter to proceed or a final order is entered denying the Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on December 6, 2022, at San Jose, California.

*/s/ Wilson Eng*
WILSON ENG

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

Case: 21-50901    Doc# 163-3    Filed: 12/14/22    Entered: 12/14/22 08:40:31    Page 2 of 2