

Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: tgreen@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Gina R. Klump, Chapter 7 Trustee

The following constitutes the order of the Court.
Signed: January 23, 2023

_M. Elaine Hammond_
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

PRINCESCA N. ENE,

                    Debtor.

Case No. 21-50901-MEH

Chapter 7

**ORDER ON MOTION TO SUBSTANTIVELY CONSOLIDATE NON-DEBTOR ENTITIES**
**1) NANO ALLOYS, INC. a California Corporation dba NiTi Tubes fka NiTi Tubes, Inc.;**
**2) CARDINAL CORDIS HEALTH, a Wyoming Corporation; AND**
**3) NiTi TUBE, LLC, a Wyoming limited liability company**

Date: January 19, 2023
Time: 1:30 p.m.
Place: In Person or Via Zoom
       Courtroom 11
       280 South First Street
       San Jose, CA
Judge: Hon. M. Elaine Hammond

A hearing on *Trustee's Motion to Substantively Consolidate Non-Debtor Entities 1) Nano Alloys, Inc.; 2) Cardinal Cordis Health; and 3) Niti Tube, LLC* ("**Motion**") filed by Gina R. Klump, Chapter 7 Trustee herein ("**Trustee**") on December 14, 2022, as Docket No. 163, was held before this Court on January 19, 2023, at 1:30 p.m. Lisa Lenherr of Fennemore Wendel appeared

ORDER
/28655236.1/521488.0002

1

on behalf of the Trustee, Jack Praetzellis of Fox Rothschild LLP appeared on behalf of Wells Fargo Bank, N.A., all other appearances were noted on the record. Having considered the Motion and all related pleadings, including the Conditional Non-Opposition of Wells Fargo Bank, N.A., filed on January 4, 2023, as Docket 170, there being no other opposition to the Motion, appropriate notice to all parties in interest having been given, and for the reasons stated on the record, and for good cause,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The following entities (collectively the "**Entities**") shall be substantively consolidated into the above-captioned case effective **July 2, 2021**:

    a. Nano Alloys, Inc., a California Corporation dba NiTi Tubes fka NiTi Tubes, Inc.;
    b. Cardinal Cordis Health, a Wyoming Corporation; and
    c. NiTi Tube, LLC, a Wyoming limited liability company.

3. The assets of the above-captioned debtor and the Entities shall be treated as common assets with all avoidance powers preserved;

4. The claims of creditors of each debtor shall be paid pro rata from the common fund pursuant to the priority described in the Bankruptcy Code, with the exception that the claim of Patrice Darisme shall be treated pursuant to the final order on Trustee's Motion for Order Approving Compromise with Patrice Darisme (filed as Docket No. 165, on Dec. 14, 2022);

5. Wells Fargo Bank, N.A., in connection with the turnover to Trustee of funds held in accounts owned by Cardinal Cordis Health, a Wyoming Corporation, shall be entitled to retain its actual fees and costs incurred, up to $17,000.00; and

6. Within ten (10) days of this Order becoming final, Trustee shall file a motion to set claims bar date for creditors of the Entities.

///

///

///

///

Case: 21-50901   Doc# 178   Filed: 01/23/23   Entered: 01/24/23 16:25:54   Page 2 of 4

APPROVED AS TO FORM:

FOX ROTHSCHILD LLP

By:    /s/ Jack Praetzellis
       Jack Praetzellis
       Attorneys for Wells Fargo Bank


**END OF ORDER**

ORDER

/28655236.1/521488.0002

COURT SERVICE LIST

<u>Via ECF:</u>
All ECF Participants

Case: 21-50901   Doc# 178   Filed: 01/23/23   Entered: 01/24/23 16:25:54   Page 4 of 4