# Notice Recipients

District/Off: 0971–5         User: admin         Date Created: 5/8/2026
Case: 21–50901              Form ID: pdfeoc      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Princesca N. Ene      201 13th St., OFC #34      Oakland, CA 94612–9991

                                                                    TOTAL: 1